1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT A. ANZELDE,

11            Plaintiff,                        No. 2:10-cv-1387 KJN P

12        vs.

13   HARRINGTON, et al.,

14            Defendants.                       ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his

18   complaint, plaintiff alleges violations of his civil rights by defendants at Kern Valley State Prison

19   ("KVSP").  KVSP is located in Kern County, which is part of the Fresno Division of the United

20   States District Court for the Eastern District of California.  See Local Rule 120(d).

21            Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

25   request to proceed in forma pauperis.

26   ////

                                                 1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7                United States District Court
                Eastern District of California
8                2500 Tulare Street
                Fresno, CA 93721
9

10   DATED:  June 11, 2010

11

12

13   _____
     KENDALL J. NEWMAN
14   UNITED STATES MAGISTRATE JUDGE

15   anze1387.22

16

17

18

19

20

21

22

23

24

25

26

2